UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MICHELE ELLIS,<br><br>    Plaintiff,<br><br>vs.<br><br>MATHESON TRUCKING INC., and DOES 1-25, inclusive;<br><br>    Defendant. | CASE NO. 2:20-CV-01481-KJM-AC<br><br>**STIPULATION AND ORDER** |

Plaintiff Michelle Ellis ("Plaintiff") and Defendant Matheson Trucking, Inc. ("Defendant") (collectively, "the Parties"), by and through their undersigned counsel, and pursuant to Local Rules 143 and 271(i) and Federal Rule of Civil Procedure 16(b), hereby stipulate and agree as follows:

1. Pursuant to Local Rule 271, the parties stipulate to submitting the above referenced matter to the Court's Voluntary Dispute Resolution Program ("VDRP"). The parties further stipulate and agree to stay this action, including all discovery, until the conclusion of VDRP.

**2.** The parties stipulate that the referral to VDRP will not be utilized as a defense by Plaintiff to Defendant's right to move to compel arbitration. This stipulation,

however, will not waive Plaintiff's right to present any other defense that may exist in fact or law to the enforceability of the arbitration agreement.

Dated:  December 9, 2020　　　　　　　　JACKSON LEWIS P.C.

By: */s/ James T. Jones*
　　JAMES T. JONES
Attorney for Defendant
MATHESON TRUCKING, INC.

Dated:   December 9, 2020　　　　　　　　PERKINS ASBILL, APLC

By:  */s/ Natalia D. Asbill-Bearor [authorized 12/9/20]*
　　NATALIA D. ASBILL-BEAROR
　　Attorney for Plaintiff
　　Michele Ellis

O R D E R

The court refers this case to its Voluntary Dispute Resolution Program (VDRP) at the parties' request for a conference to be scheduled.  This order resolves ECF No. 7.

IT IS SO ORDERED.

DATED:  December 14, 2020.

CHIEF UNITED STATES DISTRICT JUDGE