PERKINS ASBILL, APLC
NATALIA D. ASBILL-BEAROR (SBN 281860)
ROBIN K PERKINS (SBN 131252)
707 Commons Drive, Suite 201
Sacramento, CA 95825
Telephone:    (916) 446-2000
Facsimile:    (916) 447-6400
Email: natalia@perkinsasbill.com
Email: robin@perkinsasbill.com

Attorneys for Plaintiff
Michele Ellis

JACKSON LEWIS P.C.
JAMES T. JONES (SBN 167967)
NOLAN W. KESSLER (SBN 327178)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone:    (916) 341-0404
Facsimile:    (916) 341-0141
Email: James.Jones@jacksonlewis.com
       Nolan.Kessler@jacksonlewis.com

Attorney for Defendant
MATHESON TRUCKING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MICHELE ELLIS,<br><br>         Plaintiff,<br><br>    vs.<br><br>MATHESON TRUCKING INC., and DOES 1-25, inclusive;<br><br>         Defendant. | CASE NO. 2:20-CV-01481-KJM-AC<br><br>**STIPULATION TO ARBITRATE AND ORDER**<br><br><br><br>Removed:          07/22/2020<br>Complaint Filed: 05/05/2020<br>Trial Date:           None Set |

To the Honorable Court, all Parties, and Their Attorneys of Record:

Plaintiff Michelle Ellis ("Plaintiff") and Defendant Matheson Trucking, Inc. ("Defendant") (collectively, "the Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1

1.   Plaintiff acknowledged receipt of and agreement to Defendant's Mutual Agreement to Arbitrate Claims (the "Arbitration Agreement"), which requires her to arbitrate all claims as to Defendant that are alleged in this action. A true and correct copy of the Arbitration Agreement is attached hereto as **Exhibit 1**.

2.   The Parties agree to binding arbitration of this case pursuant to the Arbitration Agreement. The Parties request that the Court stay this matter while retaining jurisdiction to confirm or enforce any award upon petition by any party.

IT IS SO STIPULATED.

Dated:  October 14, 2021          JACKSON LEWIS P.C.


By:   */s/ Nolan W. Kessler*
    JAMES T. JONES
    NOLAN W. KESSLER

Attorney for Defendant
MATHESON TRUCKING, INC.

Dated:  October 12, 2021          PERKINS ASBILL, APLC


By: */s/ Natalia D. Asbill-Bearor* [as authorized on 10/11/21]
    NATALIA D. ASBILL-BEAROR

Attorney for Plaintiff
MICHELE ELLIS

\* \* \* \* \* \*

# O R D E R

"[A] district court may either stay the action or dismiss it outright when, as here, the court determines that all of the claims raised in the action are subject to arbitration." *Johnmohammadi v. Bloomingdale's, Inc.*, 755 F.3d 1072, 1074 (9th Cir. 2014). The matter is stayed, pending the completion of arbitration. The court orders the parties to file joint status reports every 90 days, updating the court on their progress. The court also orders parties to file a joint statues report indicating whether the stay may be lifted within 14 days of completing arbitration.

**IT IS SO ORDERED.**

DATED: October 14, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE