Natalia D. Asbill-Bearor (SBN 281860)
ASBILL LAW GROUP APLC
100 Howe Ave., Suite 135S
Sacramento, CA 95825
Telephone: (916) 438-7777
Facsimile: (916) 403-5199
E-mail: natalia@asbilllaw.com

Attorney for Plaintiff
MICHELLE ELLIS

JACKSON LEWIS P.C.
GAURAV BOBBY KALRA (SBN 219483)
JILLIAN P. VALLEJO (SBN 359011)
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone:  (916) 341-0404
Facsimile:   (916) 341-0141
E-mail:  gaurav.kalra@jacksonlewis.com
         jillian.vallejo@jacksonlewis.com

Attorneys for Defendant
MATHESON TRUCKING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHELE ELLIS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MATHESON TRUCKING INC., and DOES 1 – 25, inclusive,<br><br>　　　　　Defendant. | Case No. 2:20-cv-01481-DJC-AC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br>**[F.R.C.P. Rule 41(a)(1)(A)(ii)]** |

1  Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  The related bankruptcy court has authorized this dismissal and the related Order is attached as Exhibit A to this order. The Clerk is directed to close the file.

Dated:  August 29, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE